■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH FRANCO, Appellant. [922 NYS2d 218]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Gregory Carro, J.), rendered on or about October 2, 2008, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously

ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Saxe, J.P. Friedman, Freedman and Richter, JJ.